CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/31/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

ALLISON L. CARNER,

                *Plaintiff*,

v.

THOMAS E. CLEMENTS, *et al.*,

                *Defendants*.

CASE NO. 6:22-cv-00030

ORDER

JUDGE NORMAN K. MOON

    For the reasons set forth in the accompanying Memorandum Opinion, Defendants' (converted) motion for summary judgment will be and hereby is **GRANTED**, Dkt. 5, and so too will Defendants' motion for clarification be **GRANTED**, Dkt. 27. Defendants Wilmington and Stanwich are **AWARDED** summary judgment.

    Further, there being no other matters pending in this action or open issues presented to the Court for resolution, the Court hereby directs the Clerk of Court to terminate this case from the Court's active docket.

    It is so **ORDERED**.

    The Clerk of Court is directed to send this Order to the parties.

    ENTERED this __31st__ day of March, 2023.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE